# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JMCB, LLC ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION NO.** |
| | **MAGISTRATE JUDGE** |
| **VERSUS** | **JUDGE** |
| **THE BOARD OF COMMERCE & INDUSTRY; LOUISIANA DEPARTMENT OF ECONOMIC DEVELOPMENT; AND CAMERON LNG, LLC** | |

### CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, the Board of Commerce & Industry and the Louisiana Department of Economic Development, appearing solely for the purposes below and without waiving and specifically reserving all rights, defenses, objections and exceptions, hereby gives notice that it consents to the removal of this action from state court to federal court.

[signature page follows]



1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Shelton Dennis Blunt
        Shelton Dennis Blunt, Bar Roll No. 21230
        Richard E. Matheny, Bar Roll No. 9037
        Paul LeBlanc, Bar Roll No. 23186
        Jack B. Stanley, Bar Roll No. 34106
        II City Plaza | 400 Convention Street, Suite 1100
        Baton Rouge, Louisiana 70802-5618
        Post Office Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: 225-346-0285
        Telecopier: 225-381-9197
        Email: bluntd@phelps.com
                matheny@phelps.com
                jack.stanley@phelps.com

ATTORNEYS FOR DEFENDANTS THE BOARD OF COMMERCE & INDUSTRY AND LOUISIANA DEPARTMENT OF ECONOMIC DEVELOPMENT

2