UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JMCB, LLC, ON BEHALF OF ITSELF AND
ALL OTHERS SIMILARLY SITUATED

VERSUS                                         CIVIL ACTION

THE BOARD OF COMMERCE &                        NO. 17-75-JWD-JCW
INDUSTRY; LOUISIANA DEPARTMENT OF
ECONOMIC DEVELOPMENT; AND
CAMERON LNG, LLC

## JUDGMENT

On August 23, 2018, this Court entered a Ruling and Order (Doc. 91) on *Cameron LNG, LLC's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6)* (Doc. 78), which dismissed without prejudice all claims by Plaintiff JMCB, LLC against Cameron LNG, the Board of Commerce and Industry (the "Board"), and the Louisiana Department of Economic Development ("LDED") (collectively, "Defendants") for failure to state a cognizable claim. Plaintiff was given twenty-eight days in which to amend the operative complaint and cure the deficiencies therein. Plaintiff has failed to do so. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that judgment is hereby entered in favor of Defendants and against Plaintiff and that all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on September 28, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA